CLERK'S OFFICE U.S. DIST. COURT
AT CHARLOTTESVILE, VA

FILED

~~In Open Ct~~

JUL 13 2017

JULIA C. DUDLEY, CLERK

BY:

DEPUTY CLERK

# UNITED STATES DISTRICT COURT

for the

Eastern District of New York

| | |
|---|---|
| United States of America | **TO BE FILED UNDER SEAL** |
| v. | ) |
| | ) Case No. _____ |
| | ) |
| Omar Antonio Villalta, | ) |
| also known as "Anticristo", | ) |
| | ) |

*Defendant*

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*     Omar Antonio Villalta, also known as "Anticristo"                                                    ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment      ☑ Superseding Indictment      ☐ Information      ☐ Superseding Information      ☐ Complaint

☐ Probation Violation Petition      ☐ Supervised Release Violation Petition      ☐ Violation Notice      ☐ Order of the Court

This offense is briefly described as follows:

Murder in violation of Title 18, United States Code, Section 1959(a)(1); Assault with a dangerous weapon in violation of Title 18, United States Code, Section 1959(a)(3); Conspiracy to Murder in violation of Title 18, United States Code, Section 1959(a)(5); Racketeering in violation of Title 18, United States Code, Sections 1962(c), 1963; Racketeering Conspiracy in violation of Title 18, United States Code, Sections 1962(d), 1963.

Date:   7/12/17

_____
*Issuing officer's signature*

City and state:    CENTRAL ISLIP, NY

THE HONORABLE JUDGE GARY R. BROWN
*Printed name and title*

| **Return** |
|---|
| This warrant was received on *(date)* 7/13/17 , and the person was arrested on *(date)* 7/13/17 at *(city and state)* Charlottesville, VA . |
| Date: 7/13/2017 |

_____
*Arresting officer's signature*

James Hoy   FBI/TFO
*Printed name and title*