**IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION**

**CRIMINAL MINUTES - INITIAL APPEARANCE - RULE 5**
**(Complaint/Indictment/Other District)**

Case No.: 3:17mj00034      Date: 7/13/2017

Defendant(s): Omar Antonio Villalta (Custody)      Counsel: David Eustis, CJA

PRESENT: Presiding Judge: Robert S. Ballou, USMJ    TIME IN COURT: 5:03-5:16=13 min
Deputy Clerk: Heidi N. Wheeler
Court Reporter: H. Wheeler/FTR
AUSA: Nancy Healey
USPO: Brittany Warren
Case Agent:
Interpreter: Olga Beleno, Sworn

☒ Defendant arrested on warrant from Eastern District of New York

**RIGHTS:**

☒ Defendant advised of charges and nature of proceedings and provision of Rule 20.
☒ Defendant advised of right to retain counsel or to request that counsel be appointed.
☒ Defendant advised of right to identity hearing.
☒ Defendant advised of right to a bond/detention hearing.

**COUNSEL:**

☒ Defendant present with counsel. CJA counsel having been appointed for this hearing.
☒ Defendant requests appointment of counsel. CJA 23 Financial Affidavit completed.

**IDENTITY:**

☒ Identity hearing waived.*

**RELEASE/DETENTION:**

☒ Government moves for detention.
☒ Order of Commitment to Another District (AO 94).

**Additional Information:**

Defendant notified of right to consular notification under the Vienna Convention.

Proceedings before Judge Ballou by video teleconference.

***REMINDER:** FORM AO466A - WAIVER OF RULE 5 & 5.1 HEARING MUST BE COMPLETED AND SIGNED BY DEFENDANT.